**United States Bankruptcy Court**
**Southern District of Texas**

| | | |
|---|---|---|
| A C MOBILE, INC. | § | 16-31629-H5-11 |
| Debtor | § | |

### DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 1121 AND 1129(e) FOR THE COURT TO CONDITIONALLY APPROVE THE DEBTOR'S DISCLOSURE STATEMENT AND SET THE COMBINED FINAL DISCLOSURE STATEMENT APPROVAL HEARING AND CONFIRMATION WITHIN FORTY-FIVE (45) DAYS

TO THE HONORABLE BANKRUPTCY JUDGE JEFF BOHM:

COMES NOW A C MOBILE, INC., Debtor, and moves this Honorable Court to conditionally approve the Chapter 11 Small Business Disclosure Statement filed by the Debtor on November 14, 2016 and for grounds would state as follows:

The Debtor timely filed the Chapter 11 Small Business Disclosure Statement and Plan of Reorganization on November 14, 2016.

Pursuant to 11 U.S.C. § 1129(e), the Plan of Reorganization must be confirmed within forty-five (45) days after it is filed, unless good cause is shown. For this reason, the Debtor respectfully moves this Honorable Court to conditionally approve the Chapter 11 Small Business Disclosure Statement and set a combined hearing on final approval of the Chapter 11 Small Business Disclosure Statement and Confirmation for a date within the next 45 days.

WHEREFORE, premises considered, A C MOBILE, INC. respectfully prays that the Court grant this motion.

Respectfully submitted,

/s/Margaret McClure
MARGARET M. MCCLURE
SBN: 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333; (713) 658-0334 (Fax)
Margaret@mmmcclurelaw.com

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was served on all parties in interest on the attached matrix this the 14th day of November, 2016.

            /s/ Margaret M. McClure
            _____
            MARGARET M. MCCLURE

```
Label Matrix for local noticing          A C Mobile, Inc.                          Harris County
0541-4                                   5715 Lookout Mountain Drive               c/o Tara L. Grundemeier
Case 16-31629                            Houston, TX 77069-2618                    Post Office Box 3064
Southern District of Texas                                                         Houston, TX 77253-3064
Houston
Wed Sep  7 12:18:07 CDT 2016

4                                        Anthony Sullivan, General Counsel         Capital One
United States Bankruptcy Court           8550 Technology Forest Pl                 P.O. Box 650007
PO Box 61010                             The Woodlands, TX 77381-1174              Dallas, TX 75265-0007
Houston, TX 77208-1010


Capital One Bank (USA), N.A.             Chase                                     Chase
P.O. Box 60599                           P.O. Box 15123                            P.O. Box 94014
City of Industry, CA 91716-0599          Wilmington, DE 19850-5123                 Palatine, IL 60094-4014


Donald L. Wyatt, Jr.                     HARRIS COUNTY MUD NO. 58                  Harris County MUD #58
26418 Oakridge Drive                     C/O YOUNG & BROOKS, ATTORNEYS             P.O. Box 73109
The Woodlands, TX 77380-1996             10000 MEMORIAL DRIVE, SUITE 260           Houston, TX 77273-3109
                                         HOUSTON, TEXAS 77024-3430


Harris County MUD#58 (Young Brooks)      Harris County et al                       Harris County, et al (John Dillman
10000 Memorial Dr., Suite 260            c/o Tara L. Grundemeier                   P.O. Box 3064
Houston, TX 77024-3430                   Linebarger Goggan Blair & Sampson LLP     Houston, TX 77253-3064
                                         P.O. Box 3064
                                         Houston, Tx. 77253-3064

Harris County, et al Tax Ofc.            Internal Revenue Service                  Internal Revenue Service-Insolvency II
P.O. Box 4622                            P.O. Box 7346                             1919 Smith Street, Stop 5025HOU
Houston, TX 77210-4622                   Philadelphia, PA 19101-7346               Houston, TX 77002-8049


Internal Revenue Service-U.S. Attorney   Internal Revenue Service-US Atty Gen      Mike Y. Zaghbour
1000 Louisiana Street, Suite 2300        10th & Constitution, N.W.                 5715 Lookout Mountain Drive
Houston, TX 77002-5010                   Washington, DC 20530-0001                 Houston, TX 77069-2618


Petroleum Wholesale LP #348              Regions Bank                              Regions Bank
P.O. Box 4456                            P.O. Box 11007                            P.O. Box 216
Houston, TX 77210-4456                   Birmingham, AL 35288-0001                 Birmingham, AL 35201-0216


Regions Bank                             Regions Bank                              Shaian Enteprises, Inc.
P.O. Box 2224                            P.O. Box 840609                           6024 Fairdale Lane
Birmingham, AL 35246-0001                Houston, TX 77284-0609                    Houston, TX 77057-6102


Shaian Enteprises, Inc. (John Perches)   Shaian Enterprises, Inc.                  Shaian Enterprises, Inc. (John Perches)
101 West Burleson Street                 6024 Fairdale Lane                        101 West Burleson Street
Wharton, TX 77488-5003                   Houston, TX 77057-6102                    Wharton, TX 77488-5003
```

| | | |
|---|---|---|
| Spirit of Texas Bank, SSB<br>P.O. Box FB<br>College Station, TX 77841-5102 | Spirit of Texas Bank, SSB/SBA<br>625 University Drive East<br>College Station, TX 77840-1803 | Spirit of Texas Bank/SBA (Al Odom)<br>700 Louisiana, Suite 2650<br>Houston, TX 77002-2748 |
| Spirit of Texas Bank/SBA (M. Durham)<br>1836 Spirit of Texas Way<br>Conroe, TX 77301-1894 | Spring ISD (Owen Sonik)<br>1235 North Loop West, Suite 600<br>Houston, TX 77008-1772 | Spring ISD Tax Ofc.<br>P.O. Box 19037<br>Houston, TX 77224-9037 |
| Spring ISD Tax Ofc.<br>P.O. Box 4826<br>Houston, TX 77210-4826 | Spring ISD Tax Ofc.<br>P.O. Box 90458<br>Houston, TX 77290-0458 | Spring Independent School District<br>16717 Ella Boulevard<br>Houston, TX 77090-4213 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | T & L Church's, Inc.<br>5715 Lookout Mountain Drive<br>Houston, TX 77069-2618 | TBF Financial, LLC<br>2211 Norfolk, Suite 1190<br>Houston, TX 77098-4096 |
| TBF Financial, LLC<br>740 Waukegan Road, Suite 404<br>Deerfield, IL 60015-5505 | TBF Financial, LLC (Michael Holmes)<br>2211 Norfolk, Suite 1190<br>Houston, TX 77098-4096 | TBF Financial, LLC (Michael Holmes)<br>9708 Hillcroft<br>Houston, TX 77096-3808 |
| TBF Financial, LLC (Michael Holmes)<br>9708 Hillcroft Street<br>Houston, TX 77096-3808 | Texas Tax Solution II, LLC<br>P.O. Box 100127<br>Fort Worth, TX 76185-0127 | Texas Tax Solutions<br>2104 Western Avenue<br>Ft. Worth, TX 76107-4209 |
| Texas Tax Solutions<br>4000B West Vickery Blvd.<br>Ft. Worth, TX 76107-6479 | Texas Tax Solutions, LLC<br>4000 W. Vickery, Suite B<br>Fort Worth, TX 76107-6479 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| William R. Hester, Jr.<br>363 N. Sam Houston Pkwy. E., #1100-<br>Houston, TX 77060-2413 | Margaret Maxwell McClure<br>909 Fannin Ste 3810<br>Houston, TX 77010-1030 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Spirit of Texas Bank, ssb | (u)Spring Independent School District | (u)Texas Tax Solution, LLC |

(d)A C Mobile, Inc.
5715 Lookout Mountain Drive
Houston, TX 77069-2618

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57